GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>        Plaintiff,<br><br>    v.<br><br>JUSTIN ARMOUR, et al.,<br><br>        Defendants. | CASE NO. CV06-11 ABC (VBKx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[Declaration of Gary Owen Caris Regarding Default of Settlement Agreement by Defendant Corey M. Lyon filed concurrently herewith]<br><br>[No Hearing Required] |

Plaintiff ROBB EVANS as Receiver ("Receiver" or "Plaintiff") for JAMES P. LEWIS, JR., individually and doing business as FINANCIAL ADVISORY CONSULTANTS, INCOME FUND, LTD. and GROWTH FUND, LTD. ("Receivership Entities"), through its attorneys of record, McKenna Long & Aldridge LLP, and Defendant Corey M. Lyon having signed a written Stipulation for Entry of Judgment, and said Stipulation having been filed herein along with the Declaration of Gary Owen Caris Regarding the Default of the Settlement Agreement by Defendant Corey M. Lyon, and good cause appearing for the

immediate entry of a separate judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court orders the following judgment pursuant to said Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., is awarded a judgment against Defendant Corey M. Lyon in the amount of $25,000.00, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid in full at the rate provided by such statute;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Defendant herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against Defendant Corey M. Lyon and the Court expressly directs the that the Clerk of the Court enter this separate judgment against said Defendant pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: 11/6/08 _____

*Audrey B. Collins*

HON. AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE